| PROB 22 | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 2:04-CR-00218-001-RTB |
| | DOCKET NUMBER *(Rec. Court)* |
| | FILED 04-10326 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT UTAH | SEP 1 3 2004 ROBERT T. BRAITHWAITE |
|---|---|---|
| Mark D. Shannon<br>9 Ridge Street<br>Winchester, MA 01890 | DIVISION UTAH | U.S. MAGISTRATE |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Robert T. Braithwaite | |
| | DATES OF SUPERVISION TERM | FROM May 10, 2004 — TO May 9, 2005 |

**OFFENSE**

Possession of a Controlled Substance

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **UTAH**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the defendant named above be transferred with the records of the Court to the United States District Court for the District of **MASSACHUSETTS,** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

_9-13-04_
Date

_[signature]_
Honorable Robert T. Braithwaite
United States Magistrate Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **MASSACHUSETTS**

IT IS HEREBY ORDERED that jurisdiction over the above-named defendant be accepted and assumed by this Court from and after the entry of this order.

_Oct 25, 2004_
Effective Date

_William G. Young_
United States District Judge